# Third District Court of Appeal

## State of Florida

Opinion filed April 17, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2063
Lower Tribunal No. 17-26221
_____


**Stephan J. Lawrence,**
Appellant,

vs.

**Marina Tower of Turnberry Isle Condominium Association, Inc., et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

Stephan J. Lawrence, in proper person.

Robert H. Yaffe, P.A., and Robert H. Yaffe; Tepps Treco, and William A. Treco (Plantation), for appellees.


Before LOGUE, C.J., and MILLER and GORDO, JJ.

PER CURIAM.

Affirmed.